In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY to Acquire Title to Certain Lands in the Borough of Manhattan, City, County and State of New York, for the Construction of an Interstate Vehicular Tunnel under the Hudson River, between the Borough of Manhattan, City and State of New York, and the Township of Weehawken, County of Hudson, State of New Jersey, Appellant, against LILLIE WELKER, Respondent, and LUCY A. KUTZ and Others, Defendants.— Final order so far as appealed from modified by fixing the additional allowance at two per cent of the amount awarded, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — McAvoy, Merrell, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SPINKS, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BEULAH BROWN and Another, Respondents, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of negligence on the part of the defendant is against the weight of the evidence. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SOLOMON M. ROBINSON, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ROSE EMERLE (Also Sometimes Known as ROSA EMERLE), Respondent, v. HANS SCHMITT and Another, Appellants.— Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of each motion awarded at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MAURICE MANASSE and Another, Respondents, v. DAILY MIRROR, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

J. M. HOYT and Others, a Copartnership, etc., Appellants, v. DAVID E. SINGER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FLORENCE E. REEVE, Appellant, v. GEORGE H. SCHAFFERS MARKET, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JEANNETTE BORENSTEIN, Respondent, v. DAVID BORENSTEIN and Another, Defendants, Impleaded with WALTER BORENSTEIN, Appellant. — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to serve a further amended answer within ten days from service of order upon payment of said costs and the ten dollars costs awarded at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.